No. 02–6066. TELLO-BERNAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6067. SANCHEZ-CERVANTES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6069. SALAZAR-DIMAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6071. GUADALUPE URIARTE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6072. VILLELA-LUNA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–6073. ALONSO-OCHOA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6074. BARRIO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–6075. BARROZO-AGUIRRE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6076. DOBY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6078. BORDA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6080. BELLITTI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–6083. PIPOLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–6084. VALLES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–6085. TEJEDA-ROBLES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6088. WATERS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 02–6089. WILSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.